IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELIZABETH LAMBERTON,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                                 Case No. 12-cv-9-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Elizabeth Lamberton reversing the decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, denying plaintiff's application for disability insurance benefits and remanding this case to the defendant for further proceedings.

      s/ R.Plender, Deputy Clerk                       8/25/2014
      Peter Oppeneer, Clerk of Court                     Date