IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELIZABETH LAMBERTON,

    Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　　　Case No. 12-cv-009-wmc

CAROLYN COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Elizabeth Lamberton attorney fees and expenses in the amount of $7,000.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

    s/ N. Nelson, Deputy Clerk　　　　　　　　11/20/2014
    Peter Oppeneer, Clerk of Court　　　　　　　　Date